**F I L E D**
CLERK, U.S. DISTRICT COURT

10/17/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR RUIZ,<br>  aka "Roman Ayala Rodriguez,"<br>  aka "Omar R. Granadas,"<br><br>Defendant. | CR 2:23-cr-00511-MWF<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(ii): Possession with<br>Intent to Distribute Cocaine;<br>21 U.S.C. § 853: Criminal<br>Forfeiture] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)]

On or about June 6, 2023, in Los Angeles County, within the Central District of California, defendant OMAR RUIZ also known as ("aka") "Roman Ayala Rodriguez," aka "Omar R. Granadas," knowingly and intentionally possessed with intent to distribute at least 5 kilograms, that is approximately 24.9 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.     Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of defendant's conviction of the offense set forth in this Indictment.

2.     The defendant, if so convicted, shall forfeit to the United States of America the following:

a.     All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from such offense;

b.     All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense; and

c.     To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.     Pursuant to Title 21, United States Code, Section 853(p), defendant, if so convicted, shall forfeit substitute property if, by any act or omission of defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in

//

//

value; or (e) has been commingled with other property that cannot be divided without difficulty.


A TRUE BILL


_____/S/_____
Foreperson



E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes
Section

DEREK R. FLORES
Assistant United States Attorney
General Crimes Section